No. 354. AKRON, CANTON & YOUNGSTOWN RAILWAY Co. *v.* HAGENBUCH ET AL., TRUSTEES, ET AL.; and

No. 355. CHAMBERLAIN ET AL. *v.* HAGENBUCH ET AL., TRUSTEES, ET AL. April 19, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Paul D. Miller* for petitioners. *Mr. Andrew P. Martin* for

George E. Hagenbuch et al., Trustees, et al.; *Mr. Shelton Pitney* for the Bondholders' Protective Committee for the Northern Ohio Ry. Co. First Mortgage Bonds; and *Mr. George C. Sharp* for the Bondholders' Committee for the Akron, C. & Y. Ry. Co. General and Refunding Mortgage Bonds,—respondents.